**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

JOSE GUADALUPE MAGANA MARTINEZ,

Petitioner,

v. Case No. 2:26-cv-03413-MSN-atc

CHRISTOPHER BULLOCK,
New Orleans Field Office Director
for ICE Enforcement and Removal Operations,

Respondent.

---

**ORDER TO SHOW CAUSE AND STAYING REMOVAL**

---

Before the Court is Petitioner Jose Guadalupe Magana Martinez's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction, filed October 30, 2026, at 8:52 p.m. ("Motion," ECF No. 9.) Petitioner moves the Court for an *ex parte* temporary restraining order that would, among other things, stay his imminent removal from the United States. Petitioner states that on the afternoon of October 30, 2026, he was given notice that he would be removed to Mexico as soon as Saturday, October 31, 2026. Because removal appears imminent and would cause irreparable harm to Petitioner, the Court enters this Order preserving the status quo until it can determine whether it has the authority to grant the injunctive relief sought. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947); *United States v. Shipp*, 203 U.S. 536, 573 (1906). Importantly, it is unclear whether Petitioner is subject to a final order of removal, and if so, whether he received the process due him during removal proceedings. Accordingly, the Court **ORDERS** as follows:

(1) Petitioner **SHALL NOT** be removed while this stay is in effect;

(2) The Clerk is **DIRECTED** to provide a copy of the Petition for Writ of Habeas Corpus (ECF No. 1), the Motion (ECF No. 9), and this Order to the United States Attorney for the Western District via email to Jason Martin at jason.martin3@usdoj.gov;

(3) Respondent **SHALL** confirm receipt of this Order via email to Chambers' ECF inbox immediately upon receipt **AND** enter a notice on the docket confirming the same;

(4) Respondent **SHALL** provide the following information in the form of a notice or status report no later than Monday, November 2, 2026, at 5:00 p.m.:

(a) A copy of the Notice to Appear;

(b) Confirmation that Petitioner has or has not been removed;

(c) Confirmation that Petitioner is or is not subject to a final order of removal; and

(d) If subject to a final order of removal, a copy of that order.

(5) Respondent **SHALL** show cause why Petitioner's Motion (ECF No. 9) should not be granted. The response should be filed no later than Wednesday, November 4, 2026, at 5:00 p.m. and should state whether the Court has jurisdiction to stay removal, or otherwise consider Petitioner's claims, under 8 U.S.C. § 1252.

(6) This temporary stay **SHALL** terminate when the Court issues a ruling on the Motion or by end of business on Friday, November 6, 2026, whichever comes first.

Petitioner's Motion is taken **UNDER ADVISEMENT** pending a response to the show cause order.

**IT IS SO ORDERED**, this 31st day of October, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE