**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

JOSE GUADALUPE MAGANA MARTINEZ,

Petitioner,

v. Case No. 2:26-cv-03413-MSN-atc

CHRISTOPHER BULLOCK,
New Orleans Field Office Director
for ICE Enforcement and Removal Operations,

Respondent.

---

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

---

This matter came before the Court on Petitioner Jose Guadalupe Magana Martinez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), which challenged his detention by Immigration and Customs Enforcement ("ICE") on both statutory and constitutional grounds. (ECF No. 1.) Petitioner also sought a temporary restraining order enjoining his imminent removal from the United States. (ECF No. 9.) The Court entered an administrative stay and ordered Respondent to address whether this Court had jurisdiction to decide Petitioner's claims, including whether Petitioner's removal order had become administratively final. (ECF No. 10.) Respondent then put forward evidence that Petitioner was not subject to a final order of removal. (ECF Nos. 15, 23-2.) The stay lifted by operation of the deadline imposed by the Court, and the Court ordered Respondent to respond more fully to the claims in the Petition. (ECF No. 17.) Because Petitioner was detained under 8 U.S.C. § 1226(a), the Court ordered that he be given a bond hearing while the additional briefing was completed. (*Id.*)

On November 13, 2026, Respondent filed a status report confirming that Petitioner had received a bond hearing. (ECF No. 22.) The following Monday, Petitioner posted bond and was released from custody. (ECF No. 23.)

This Court's jurisdiction extends only to those "cases and controversies" that present live issues for the Court to adjudicate. At issue here was the legality of Petitioner's detention by ICE. Because Petitioner is no longer in custody, the remaining claims in his Petition are moot. Accordingly, the Petition (ECF No. 1) is **DISMISSED AS MOOT**.

**IT IS SO ORDERED**, this 20th day of November, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE